# BALLOT COVER SHEET

PLEASE NOTE: BALLOTS ARE ATTACHED AND APPEAR IN THE ORDER IN WHICH THEY WERE FILED WITH THE COURT.

JUN 28 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**Debtors: DOUGLAS PAUL TROVILLION and JULIE GRAFT TROVILLION**     **Case Number: 6:10-bk-04722-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a CLASS __6__ CREDITOR of the above-named debtor in the unpaid principal amount of $ __4359.99__ .

(Check one box)   (X) ACCEPTS   ( ) REJECTS   the Plan of Reorganization of the debtor.

Dated: __6/23/10__

Name of Creditor: __Pharia, LLC__

Creditor's Signature: __[signature]__

By: __Rochelle Shutfield__
(If Appropriate)

As: __Attorney for Pharia, LLC__
(If Appropriate)

Address: __c/o Weinstein & Riley__
__2001 Western Avenue, Suite 400, Seattle, WA 98121__

>>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
ON OR BEFORE <u>WEDNESDAY, JULY 7, 2010</u><<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

67

Debtors: **DOUGLAS PAUL TROVILLION**
and **JULIE GRAFT TROVILLION**

Case Number: 6:10-bk-04722-KSJ

**FILED**
JUN 29 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a CLASS __6__ CREDITOR of the above-named debtor in the unpaid principal amount of

$ __2175.00__ ,

(Check one box)   (X) ACCEPTS   ( ) REJECTS   the Plan of Reorganization of the debtor.

Dated: __6-28-10__

Name of Creditor: __Engineering First Class, Inc__

Creditor's Signature: _____

By: __John D. Nagy__
(If Appropriate)

As: __President__
(If Appropriate)

Address: __1516 East Hillcrest St. Suite 107__
__Orlando, FL 32803__

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE <u>WEDNESDAY, JULY 7, 2010</u><<

*******************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
*****************************************************

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

*****************************************************

**Debtors: DOUGLAS PAUL TROVILLION and JULIE GRAFT TROVILLION**      **Case Number: 6:10-bk-04722-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

FILED
JUL 01 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __6__ CREDITOR of the above-named debtor in the unpaid principal amount of $ 2,276.96.

(Check one box)   ( ) ACCEPTS   (✓) REJECTS   the Plan of Reorganization of the debtor.

Dated: 6/28/10

Name of Creditor: Precision Recovery Analytics, Inc

Creditor's Signature: _[signature]_

By: Linh K. Tran
(If Appropriate)

As: Agent
(If Appropriate)

Address: 2101 Fourth Ave #900
Seattle WA 98121

>>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
ON OR BEFORE WEDNESDAY, JULY 7, 2010<<

***

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____  Creditor Class _____
* Claim No. _____  Claim $ _____
* Claim Amount per Schedule $ _____

**FILED**

Debtors: DOUGLAS PAUL TROVILLION
and JULIE GRAFT TROVILLION

Case Number: 6:10-bk-04722-KSJ

JUN 2 2010

CLERK, U.S. BANKRUPTCY,
ORLANDO DIVISION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __7__ CREDITOR of the above-named debtor in the unpaid principal amount of

$ __261,000__ .

(Check one box)   ( ✓ ) ACCEPTS    ( ) REJECTS    the Plan of Reorganization of the debtor.

Dated: __6/29/10__

Name of Creditor: __EDWARD H. GRAFT__

Creditor's Signature: __Edward H. Graft__

By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: __P.O. BOX 517__
__Acme, MI 49610__

>>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
ON OR BEFORE WEDNESDAY, JULY 7, 2010<<

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Mail Ballots to: | ---For Ballot Tabulation Only--- |
|---|---|
| Clerk<br>United States Bankruptcy Court<br>Fairwinds Building<br>135 West Central Boulevard<br>Suite 950<br>Orlando, FL 32801<br>United States of America | * Ballot No. _____ Creditor Class _____<br>* Claim No. _____ Claim $ _____<br>* Claim Amount per Schedule $ _____ |

**FILED**

**JUL 02 2010**

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Debtors: **DOUGLAS PAUL TROVILLION**        Case Number: **6:10-bk-04722-KSJ**
and **JULIE GRAFT TROVILLION**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __6__ CREDITOR of the above-named debtor in the unpaid principal amount of

$ __988,199.01__

(Check one box)    (X) ACCEPTS    ( ) REJECTS    the Plan of Reorganization of the debtor.

Dated: __7-1-2010__

Name of Creditor: __Miller Consultants, Inc.__

Creditor's Signature: __Robert Miller__ (signed)

By: __Robert Miller__
(If Appropriate)

As: __President__
(If Appropriate)

Address: __P.O. Box 915726__

__Longwood, FL 32791__

**>>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
ON OR BEFORE WEDNESDAY, JULY 7, 2010<<**

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtors: DOUGLAS PAUL TROVILLION**     Case Number: 6:10-bk-04722-KSJ
**and JULIE GRAFT TROVILLION**

FILED
JUL 0 6 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a CLASS __6__ CREDITOR of the above-named debtor in the unpaid principal amount of $ __50,000__.

    (Check one box)    ( ) ACCEPTS    ( ) REJECTS    the Plan of Reorganization of the debtor.

Dated: __6/25/10__

Name of Creditor: __MARIAN A. FLOYD__

Creditor's Signature: __Marian A. Floyd, M.D.__

By: _____
    (If Appropriate)

As: _____
    (If Appropriate)

Address: __1475 HERON WOOD PLACE__
__WINTER PARK Fl 32792__

>>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
ON OR BEFORE <u>WEDNESDAY, JULY 7, 2010</u><<

*************************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---
*************************************************
* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____
*************************************************

**FILED**
**JUL 0 6 2010**
CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

Debtors: **DOUGLAS PAUL TROVILLION** Case Number: **6:10-bk-04722-KSJ**
and **JULIE GRAFT TROVILLION**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

<u>To have your vote count, you must complete and return this ballot.</u>

The undersigned, a **CLASS** __6__ **CREDITOR** of the above-named debtor in the unpaid principal amount of

$ __50,000.00__ .

(Check one box)   ( ) ACCEPTS   ( ) REJECTS   the Plan of Reorganization of the debtor.

Dated: __6/25/10__

Name of Creditor: __MARIAN A FLOYD__
Creditor's Signature: __Marian A. Floyd, M.D.__
By: _____
(If Appropriate)

As: _____
(If Appropriate)

Address: __1475 HERON WOOD PLACE__
__WINTER PARK, FL 32792__

>>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
ON OR BEFORE <u>WEDNESDAY, JULY 7, 2010</u><<

****************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtors: DOUGLAS PAUL TROVILLION and JULIE GRAFT TROVILLION**

**Case Number: 6:10-bk-04722-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __6__ CREDITOR of the above-named debtor in the unpaid principal amount of $ __150,000__, (PLUS $158,060 IN INTEREST ON LOAN.)

(Check one box)  (X) ACCEPTS  ( ) REJECTS  the Plan of Reorganization of the debtor.

Dated: __7-7-10__

Name of Creditor: __ROCKY MARTIN, LLC / MARIA RUBIN__

Creditor's Signature: __[signature]__

By: _____
(If Appropriate)

**FILED**
**JUL 07 2010**
**CLERK U.S. BANKRUPTCY, ORLANDO DIVISION**

As: _____
(If Appropriate)

Address: __801 ALBA DRIVE__
__ORLANDO FL 32804__

>>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, JULY 7, 2010<<

*********************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**FILED**

JUL 07 2010

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

Debtors: DOUGLAS PAUL TROVILLION
and JULIE GRAFT TROVILLION

Case Number: 6:10-bk-04722-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __I__ CREDITOR of the above-named debtor in the unpaid principal amount of $ 724,600.83 ,

(Check one box)  (✓) ACCEPTS  ( ) REJECTS  the Plan of Reorganization of the debtor.

Dated: 7/6/2010

Name of Creditor: GMAC MORTGAGE, LLC

Creditor's Signature: [signature]

By: Wanda D. Murray, Esq.
(If Appropriate)

As: Attorney in fact for GMAC Mortgage, LLC
(If Appropriate)

Address: Law Offices of David J. Stern, P.A.
900 South Pine Island Rd., Suite 400, Plantation, FL 33324

>>ALL BALLOTS MUST BE RECEIVED BY **THE BANKRUPTCY COURT**
ON OR BEFORE <u>WEDNESDAY, JULY 7, 2010</u><<

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

—For Ballot Tabulation Only—

\* Ballot No. _____ Creditor Class _____
\* Claim No. _____ Claim $ _____
\* Claim Amount per Schedule $ _____

**Debtors: DOUGLAS PAUL TROVILLION and JULIE GRAFT TROVILLION**

Case Number: 6:10-bk-04722-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote county, you must complete and return this ballot.

The undersigned, a **CLASS 6 CREDITOR** of the above-named debtor in the unpaid principal amount of $5,750,204.26.

(Check one box)    (X) ACCEPTS    ( ) REJECTS    the Plan of Reorganization of the debtor.

*Creditor accepts the Plan subject to modification by the Debtor increasing the guaranteed payment to Class 6 creditors in the amount of $120,000.*

Dated: July 7, 2010

Name of Creditor: Fifth Third Bank

Creditor's Signature: _____

By: Esther A. McKean, Esquire
(If Appropriate)

As: Attorney for Fifth Third Bank

(If Appropriate)

Address: 420 South Orange Avenue, Suite 1200, Orlando, FL 32801

**FILED**
**JUL 07 2010**
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE WEDNESDAY, JULY 7, 2010<<

*********************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801
United States of America

---For Ballot Tabulation Only---

*Ballot No. _____    Creditor Class _____
*Claim No. _____    Claim $ _____
*Claim Amount per Schedule $ _____

{O1555150;1}

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



**FILED**
JUL 07 2010
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re:

DOUGLAS PAUL TROVILLION
and
JULIE GRAFT TROVILLION,

Case No. 6:10-bk-04722-KSJ

Debtors.

Chapter 11

_____/

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Douglas Paul Trovillion and Julie Graft Trovillion have filed a Plan of Reorganization dated June 15, 2010 ("Plan"). The Bankruptcy Court has conditionally approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. On July 14, 2010 at 11:00 a.m., the Bankruptcy Court will hold a hearing to consider confirmation of the Plan. Enclosed is a copy of the Plan together with a copy of the Disclosure Statement pursuant to §1125 of the Bankruptcy Code which describes the Plan and the treatment of all claims and interests thereunder.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you have Claims in more than one Class, then you should complete a separate Ballot for each Class in which you hold a Claim. To have your vote counted, you must complete and return this Ballot.**

The undersigned, a Class __4__ creditor of the above-named Debtor in the unpaid principal amount of $ __378,865.20__

(Check one box) (X) ACCEPTS    ( ) REJECTS    the Plan

Name of Creditor __Harwood Holdings, LLC__    Dated: __July 7, 2010__

Signature of Creditor __[signature]__

By (if appropriate) __Melissa A. Youngman__

As (if appropriate) __Attorneys to Harwood Holdings LLC__

Address __1851 W. Colonial Drive__

__Orlando, FL 32804__

ALL BALLOTS MUST BE RECEIVED ON OR BEFORE **JULY 7, 2010**.

MAIL TO:    Clerk, U.S. Bankruptcy Court
Middle District of Florida
135 West Central Avenue, Suite 950
Orlando, Florida 32801

G:\5173\Ballot.wpd



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FILED**
JUL 07 2010
CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

In re:

DOUGLAS PAUL TROVILLION
and
JULIE GRAFT TROVILLION,

    Debtors.
_____/

Case No. 6:10-bk-04722-KSJ

Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

    Douglas Paul Trovillion and Julie Graft Trovillion have filed a Plan of Reorganization dated June 15, 2010 ("Plan"). The Bankruptcy Court has conditionally approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. On July 14, 2010 at 11:00 a.m., the Bankruptcy Court will hold a hearing to consider confirmation of the Plan. Enclosed is a copy of the Plan together with a copy of the Disclosure Statement pursuant to §1125 of the Bankruptcy Code which describes the Plan and the treatment of all claims and interests thereunder.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you have Claims in more than one Class, then you should complete a separate Ballot for each Class in which you hold a Claim. To have your vote counted, you must complete and return this Ballot.**

    The undersigned, a Class __3__ creditor of the above-named Debtor in the unpaid principal amount of $ __357,461.79__

(Check one box)  ( ) ACCEPTS    (X) REJECTS  the Plan

Name of Creditor __Synovus Bank__                  Dated: __July 7, 2010__

Signature of Creditor __Melissa A. Youngman__

By (if appropriate) __Melissa A. Youngman__

As (if appropriate) __Attorney to Synovus Bank__

Address __Wolff Hill McFarlin & Herron, P.A.__
            __Orlando, FL 32804__

ALL BALLOTS MUST BE RECEIVED ON OR BEFORE JULY 7, 2010.

    MAIL TO:    Clerk, U.S. Bankruptcy Court
                     Middle District of Florida
                     135 West Central Avenue, Suite 950
                     Orlando, Florida 32801

G:\5173\Ballot.wpd